# UNITED STATES DISTRICT COURT

District of **GUAM**

UNITED STATES OF AMERICA

V.

JOSEPH ANTHONY MESA

**WARRANT FOR ARREST**

Case Number: MJ-05-00046-001

**FILED**
DISTRICT COURT OF GUAM
SEP 12 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JOSEPH ANTHONY MESA**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☑ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

21:841(a)(1) & 846 & 18:2 - ATTEMPT TO MANUFACTURE METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)

21:841(a)(1) & 18:2 - POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 2)

in violation of Title _____ United States Code, Section(s) _____

Joaquin V. E. Manibusan, Jr.
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

9/10/2005 / 9/9/2005
Date

Hagatna, Guam
Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Hagatna Federal Detention Facility

| DATE RECEIVED 9/10/05 | NAME AND TITLE OF ARRESTING OFFICER Danny Cho, SA | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 9/12/05 | | |

**ORIGINAL**