| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joseph Anthony Mesa, et. al.,<br><br>　　　　Defendants. | Case No. 1:05-mj-00046<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *CJA 20 Appointment Order filed September 12, 2005,* on the dates indicated below:

| U.S. Attorney's Office | Federal Public Defender | Joaquin C. Arriola, Jr. | G. Patrick Civille |
|---|---|---|---|
| September 13, 2005 | September 13, 2005 | September 13, 2005 | September 13, 2005 |

Rawlen Mantanona
September 15, 2005

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*CJA 20 Appointment Order filed September 12, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 15, 2005　　　　　　　　　　/s/ Marilyn B. Alcon
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk