LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

SEP 2 3 2005 *9f*

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00046 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | **Re: September 22, 2005** |
| | ) | **Motion to Dismiss Complaint** |
| JOSEPH ANTHONY MESA, | ) | |
| JEFFREY ANTHONY ESPINOSA, | ) | |
| GINGER PEREZ HAMAMOTO, and | ) | |
| SHARDAE ROXANNE U. LOVE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The United State's Motion to Dismiss Complaint, in the above captioned matter, filed

September 22, 2005, is hereby granted.

**SO ORDERED** this 23rd day of September, 2005.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam